UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AGUIRRE,<br><br>           Plaintiff,<br><br>   v.<br><br>AARON'S, INC.,<br><br>           Defendant. | Case No. 16-cv-07384-RS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER** |

Defendant moves to transfer venue to the Southern District of California pursuant to 28 U.S.C. § 1404(a). Plaintiff does not oppose and requests that the motion be granted. Good cause appearing, Defendant's motion to transfer is granted.

**IT IS SO ORDERED**.

Dated: February 10, 2017

RICHARD SEEBORG
United States District Judge